IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. C 12-3250 MMC |
| Plaintiff, | |
| v. | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |
| JOHN DOE, | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, plaintiff AF Holdings LLC's "Ex Parte Application for Leave to Take Expedited Discovery," filed June 30, 2012, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: July 5, 2012

MAXINE M. CHESNEY
United States District Judge