Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>       Plaintiff,<br>   v.<br><br>JOHN DOE,<br><br>       Defendant.<br>_____ | No. 3:12-CV-3250-MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE CASE MANAGEMENT CONFERENCE |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE CASE MANAGEMENT CONFERENCE**

On September 21, 2012, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management conference currently scheduled for September 28, 2012, is continued to **Friday, October 26, 2012, at 10:30 a.m.** A Joint Case Management Statement shall be filed no later than October 19, 2012.

DATED: September 25, 2012

_____
United States District Court Judge
Maxine M. Chesney